CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
SAMI RANDOLPH, ESQ.
Nevada Bar No. 7876
5100 West Sahara Avenue
Las Vegas, Nevada 89146
Telephone: (702) 799-5373
Facsimile: (702) 799-7243
randosn@nv.ccsd.net
*Attorney for School District Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KARYL CLARKE,<br><br>             Plaintiff,<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation, CLARK COUNTY SCHOOL DISTRICT, a Municipal Corporation; Superintendent of Clark County School District BRENDA LARSEN-MITCHELL, in her individual and official capacities; CLARK COUNTY SCHOOL DISTRICT POLICE DEPARTMENT, a governmental entity; Clark County School District Police Department Commissioner, HENRY BLACKEYE, in his individual and official capacities; Principal CHRIS STACEY, in her individual and official capacities and JOHN DOE 1-20<br><br>             Defendants. | CASE NO.: 2:24-cv-01046-GMN-DJA |

## SUBSTITUTION OF ATTORNEY AND
## MOTION TO REMOVE ATTORNEY FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Sami Randolph, Esq., with the Clark County School District, Office of the General Counsel, substitute in as counsel of record for Defendants Clark County School District, Brenda Larsen-Mitchell, Clark County School District Police Department, Henry Blackeye, Chris Stacey, and John Evans (collectively "CCSD Defendants" ) in the above-entitled action.

Page 1 of 2

**TAKE FURTHER NOTICE** CCSD Defendants hereby request Alexandre M. Fayad, Esq., fayadam@nv.ccsd.net be removed as counsel of record CCSD Defendants and from the list of counsel to be noticed because Mr. Fayad is no longer an attorney with the Clark County School District, Office of the General Counsel.

It is hereby requested that all future pleadings and notices be served upon, and any contact by court personnel of Plaintiff be directly to Sami Randolph, Esq., Clark County School District, Office of the General Counsel.

Dated: June 30, 2025

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

_____
Sami Randolph, Esq.; NV Bar No. 7876
5100 W. Sahara Ave.
Las Vegas, NV  89146
*Attorney for School District Defendants*

**IT IS SO ORDERED**.

DATED: 7/1/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE