

1  Phillip N. Smith, Jr., Esq.
   Nevada Bar No. 10233
2  psmithjr@wwhgd.com
   WEINBERG, WHEELER, HUDGINS,
3    GUNN & DIAL, LLC
   6385 South Rainbow Blvd., Suite 400
4  Las Vegas, Nevada 89118
   Telephone: (702) 938-3838
5  Facsimile:  (702) 938-3864
   *Attorneys for Defendant,*
6  *Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| Karyl Clarke, | Case No.: 2:24-cv-01046-GMN-DJA |
|---|---|
| Plaintiff, | |
| vs. | |
| CLARK COUNTY SCHOOL DISTRICT, a governmental agency of Clark County a Municipal Corporation; Principal CHRIS STACEY, in her individual and official capacities; SERGEANT EVANS, in his individual JOHN DOE 1-20. | **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |
| Defendants. | |

Pursuant to LR IA 11-6, Defendant, by and through their counsel of record, hereby submit this motion. Jacqueline V. Nichols no longer serves as counsel for Defendant in this matter. Thus, it is requested that Ms. Nichols be withdrawn from this matter and removed from the CM/ECF service list (jnichols@wwhgd.com) and any other service lists for this matter.

Defendants will continue to be represented by their counsel of record at the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC.

Dated: January 9, 2026.

*/s/ Phillip N. Smith*
Phillip N. Smith, Jr., Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County School District*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2026, I served a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** by e-service, in accordance with the Electronic Filing Procedures of the United States District Court, to the following:

Karyl Clarke
6227 Cimarron Street
Los Angeles, CA 90047
213-393-2066
koclarke4@gmail.com
*Plaintiff in Pro Se*

/s/ Victoria Gomez
An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

IT IS THEREFORE ORDERED that the motion to remove attorney (ECF No. 38) is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to remove Jacqueline V. Nichols, Esq. as counsel of record in this matter.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: January 12, 2026