**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KARYL CLARKE,

                 Plaintiff,

    vs.

CITY OF NORTH LAS VEGAS, *et. al.*,

             Defendants.

Case No.: 2:24-cv-01046-GMN-DJA

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 202), of United States Magistrate Daniel J. Albregts, which recommends granting Plaintiff's Motion to Amend his Complaint, (ECF No. 32), and dismissing some of Plaintiff's claims pled in the Second Amended Complaint with prejudice and some without prejudice and with leave to amend.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2.  Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b).  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 40) (setting a January 20, 2026, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 40), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Amend (ECF No. 32) is **GRANTED**.  The Clerk of Court is directed to detach Plaintiff's Second Amended Complaint (ECF No. 32 at 9–34) and file it on the docket.

**IT IS FURTHER ORDERED** that Plaintiff's claims against the Eighth Judicial District Court are **DISMISSED** with prejudice and without leave to amend.

**IT IS FURTHER ORDERED** that Plaintiff's claim for excessive force against Marshal John Doe #1, Marshal John Doe #2, and CCSD Police Officer John Doe #3 is **DISMISSED** without prejudice and with leave to amend.

**IT IS FURTHER ORDERED** that Plaintiff's claims arising under 42 U.S.C. § 1983 for unlawful arrest and unreasonable search and seizure are permitted to proceed against Marshal John Doe #1, Marshal John Doe #2, and CCSD Police Officer John Doe #3 once Plaintiff learns their identities.

**IT IS FURTHER ORDERED** that Plaintiff's claims arising under Nevada law for false imprisonment, unreasonable search and seizure, assault, battery, intentional infliction of emotional distress, negligent infliction of emotional distress as an element of damages related to Plaintiff's negligence claim, and negligence are permitted to proceed against Marshal John Doe #1, Marshal John Doe #2, and CCSD Police Officer John Doe #3 once Plaintiff learns their identities.

**IT IS FURTHER ORDERED** that Plaintiff shall have 21 days from the date of this Order to file his Third Amended Complaint.  The Third Amended Complaint should attempt to

cure the deficiencies of Plaintiff's excessive force claim against Marshal John Doe #1, Marshal John Doe #2, and CCSD Police Officer John Doe #3 identified by Judge Albregts in the R&R.

Dated this __6__ day of February, 2026.

_____

Gloria M. Navarro, District Judge
United States District Court