THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON CANNON & GORMLEY
9950 W. Cheyenne Avenue
Las Vegas, NV  89129
P:  (702) 384-4012
F:  (702) 383-0701
tdillard@ocgattorneys.com
Attorney for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KARYL CLARKE,

Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT, a
governmental agency of Clark County, a
Municipal Corporation; Principal CHRIS
STACEY, in her individual and official
capacities; SERGEANT EVANS, in his
individual and official capacities, and JOHN
DOE 1-20,

Defendants.

CASE NO. 2:24-cv-01046-GMN-DJA

**RULE 26(f) REPORT AND PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**

**SUBMITTED IN COMPLIANCE WITH LR 26-1(b)**

Plaintiff, Karyl Clarke, and Defendants, Clark County School District, Chris Stacey, and Sergeant Evans, hereby submit their joint Rule 26(f) report and proposed discovery plan and scheduling order in compliance with LR 26-1(b).

1.    **Meeting:**  Pursuant to Fed. R. Civ. P. 26(f) and LR 26-1(b), a meeting was held on February 20, 2026, and was attended by:

Karyl Clarke, Pro Per Plaintiff

Thomas D. Dillard, Jr., Esq., Attorney for Defendants

1

2.      **Pre-Discovery Disclosures.**  The parties are in the process of exchanging their initial disclosures.

3.      **Discovery Plan.**  The parties jointly propose to the Court the following discovery plan:

a.      **Subject of Discovery.**  Discovery will be needed on the following subjects: All claims set forth in the Second Amended Complaint, as well as the defenses relevant to the action.

b.      **Discovery Cut-Off Date.**  Discovery will take 180 days, measured from February 19, 2026, which is the date Defendants filed their answer to the Second Amended Complaint following the appearance of new defense counsel. All discovery must be commenced in time to be completed by *August 18, 2026.*

c.      **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts).**

[i]      The disclosure of experts and expert reports shall occur on *June 19, 2026.*

[ii]      The disclosure of rebuttal experts and their reports shall occur on *July 20, 2026.*

4.      **Other Items**.

a.      **Amending the Pleadings and Adding Parties.**  The parties shall have until *May 20, 2026,* to file any motions to amend the pleadings or to add parties.

b.      **Interim Status Report.**  The parties shall file the interim status report required by LR 26-3 by *June 19, 2026.*

c.      **Dispositive Motions.**  The parties shall have until *September 17, 2026,* to file dispositive motions.

2

d.    **Settlement.**  Settlement cannot be evaluated prior to close of discovery as there exist many factual disputes between the parties.

e.    **Pretrial Order.**  The pretrial order shall be filed by *October 16, 2026.* This deadline is suspended if a dispositive motion is timely filed.

f.    **Court Conference**.  The parties request do not request a conference with the Court before entry of the scheduling order.

g.    **Later Appearing Parties.**  A copy of this discovery plan and scheduling order shall be served on any person served after it is entered or, if additional defendants should appear, within 5 days of their first appearance.  This discovery plan and scheduling order shall apply to such later-appearing part{y}{ies}, unless the Court, on motion and for good cause shown, orders otherwise.

h.    **Extensions or Modifications of the Discovery Plan and Scheduling Order.**  LR 26-4 governs modifications or extensions of this discovery plan and scheduling order.  Any stipulation or motion must be made not later than 21 days before the subject deadline and comply fully with LR 26-4.

i.    **Alternative Dispute Resolution:** The parties have conferred about the possibility of utilizing Alternative Dispute Resolution ("ADR") as a method to resolve their differences.  While the parties are not opposed to resolving their disputes through ADR, they believe that they will need at least some discovery before any final decision can be made concerning the viability of ADR.

j.    **Alternative Forms of Case Disposition:** Like with ADR, the parties have conferred on this issue and believe that they will need at least some discovery

3

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

before they can make any determination if alternative forms of case disposition is a viable option for them.

k.    **Electronic Evidence:** The parties have conferred concerning the use of electronic evidence, both for discovery and trial purposes.  The parties have agreed to provide discovery in an electric format that is compatible with the court's electronic jury evidence display system and, if the case is tried, to present their evidence to the jury in an electronic format.

APPROVED AS TO FORM AND CONTENT:

OLSON CANNON & GORMLEY

/s/  Karyl Clarke_____        BY:    /s/  Thomas D. Dillard, Jr._____
KARYL CLARKE                                    THOMAS D. DILLARD, JR., ESQ.
6227 Cimarron Street                            Nevada Bar No. 6270
Los Angeles, California  90047                  9950 W. Cheyenne Avenue
*Pro Per Plaintiff*                             Las Vegas, Nevada 89129
                                                *Attorney for Defendants*

**IT IS SO ORDERED** that the parties' Discovery Plan and Scheduling Order is **granted in part** and **denied in part**.  The plan includes an interim status report deadline and cites to LR 26-3.  The Local Rules as amended on 4/17/2020 eliminated former Local Rule 26-3's requirement for Interim Status Reports.  The Court will not approve an interim status report deadline as no such deadline exists under the amended Local Rules.  All remaining deadlines are GRANTED.

DATED: 2/24/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

*Law Offices of*
**OLSON CANNON & GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012    Fax (702) 383-0701

## Nan Langenderfer

| | |
|---|---|
| **From:** | Karyl Clarke <koclarke4@gmail.com> |
| **Sent:** | Friday, February 20, 2026 2:58 PM |
| **To:** | Nan Langenderfer |
| **Cc:** | Tom Dillard |
| **Subject:** | Re: FW: Clarke v. CCSD |

**Synergy Solution IT**

**Warning:** THIS MESSAGE IS FROM AN EXTERNAL SENDER. Look closely at the SENDER ADDRESS. Do not open ATTACHMENTS unless expected. Check for INDICATORS of phishing. Hover over LINKS before clicking.

<u>Mark as Unsafe</u>   <u>Mark as Safe</u>

powered by Graphus®

Mr. Dilliard, I just read and agree to the Proposed Discovery Plan. Per our conversation a few minutes ago, can you please go ahead and affix my electronically signature as my approval. Thanks you so much.

Respectfully,
/s/ Karyl Clarke

On Fri, Feb 20, 2026 at 5:37 PM Nan Langenderfer <<u>nlangenderfer@ocgattorneys.com</u>> wrote:

Yes, you can call him now.

## Nan Langenderfer | Legal Assistant

P: (702) 384-4012 | F: (702) 383-070

<u>nlangenderfer@ocgattorneys.com</u> / <u>ocgattorneys.com</u>
<u>9950 W Cheyenne Ave | Las Vegas, NV 89129</u>

1